

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HANJIN OVERSEAS BULK LTD.,

                Plaintiff,

  - against -

BELARUSSIAN SHIPPING CO. LTD. a/k/a
BELARUSSIAN SHIPPING CO., a/k/a BELARUSIAN
SHIPPING CO., a/k/a BELORUSIAN SHIPPING CO,
PRIMETRANS UNIVERSAL INC.,
EURASIA SHIPPING AND PORT SERVICES LLP,
LAKEPARK EXPERTS LIMITED,
TRASER ALLIANCE LTD., DEKKER LIMITED,
FORSBERG AND CO. LLP., MALTO LTD.,
RIMEX LTD. and C/GT GROUP LTD.,

                Defendants.
-----------------------------------------------------------------X

08 CV

ECF CASE

DISCLOSURE OF
INTERESTED PARTIES
PURSUANT TO
FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     Hanjin Shipping Co. Ltd. (parent).

Dated: May 21, 2008
      New York, NY

                              The Plaintiff,
                              HANJIN OVERSEAS BULK LTD.

                        By: _____
                            Kevin J. Lennon
                            Nancy R. Peterson (Siegel)

                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        kjl@lenmur.com / nrp@lenmur.com