UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HANJIN OVERSEAS BULK LTD.,

           Plaintiff,

- against -

BELARUSSIAN SHIPPING CO. LTD. a/k/a
BELARUSSIAN SHIPPING CO., a/k/a BELARUSIAN
SHIPPING CO., a/k/a BELORUSIAN SHIPPING CO,
PRIMETRANS UNIVERSAL INC.,
EURASIA SHIPPING AND PORT SERVICES LLP,
LAKEPARK EXPERTS LIMITED,
TRASER ALLIANCE LTD., DEKKER LIMITED,
FORSBERG AND CO. LLP., MALTO LTD.,
RIMEX LTD. and C/GT GROUP LTD.,

           Defendants.
----------------------------------------------------------------X

08 CV 4748 (DLC)

ECF CASE

**CONSENT ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

    It is hereby stipulated and agreed between the parties, by their undersigned attorneys, that the funds that are currently under attachment in this action are to be released. Defendant further warrants/stipulates, through its counsel, that the funds attached (including, but not limited to, the funds attached at Citibank in the amounts of $30,834.00 and $2,987.00 and at J.P. Morgan Chase/Bank of New York or other garnishee banks in the amounts of $111,000.00, $12,100.00, $20,700.00, $149,875.79, $4,204.00 and $22,395.66) are its property and it has authority to release them, and agrees to hold Plaintiff harmless and/or indemnify Plaintiff for any damages incurred, including but not limited to attorneys fees, should third parties claim an in interest in those funds or otherwise raise claims against Plaintiff as a result of the release and/or attachment of those funds. In light of the foregoing, the garnishee bank(s) are hereby instructed to release the attached funds pursuant to joint instructions to be provided by letter and/or e-mail from the undersigned counsel. The payment of the released funds by the garnishee bank(s) shall not be

subject to any further attachment in New York after those funds are released by the garnishee bank(s).

| The Plaintiff, | The Defendant, |
|---|---|
| HANJIN OVERSEAS BULK LTD. | BELARUSSIAN SHIPPING CO. LTD. |

By: _____
Nancy R. Peterson
LENNON, MURPHY & LENNON LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070

By: _____
Edward A. Keane
MAHONEY & KEANE, LLP
78 Beaver St.
New York, NY 10005
(212)- 385-1442 phone
(212)-385-1605 fax
ekeane@mahoneykeane.com

SO ORDERED: The Order of Attachment of May 21, 2008 is Vacated and the Clerk of Court shall close the case.

_____
Honorable Denise L. Cote, U.S.D.J.

June 13, 2008