```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLISH STEAMSHIP CO.,
                                                              08 CV 4749 (RWS)
                           Plaintiff,
                                                              ECF CASE
    - against -

BELARUSSIAN SHIPPING CO. LTD. a/k/a
BELARUSISIAN SHIPPING CO. a/k/a
BELARUSIAN SHIPPING CO. a/k/a
BELORUSIAN SHIPPING CO.,
TRASER ALLIANCE LTD. and
DEKKER LIMITED,

                           Defendants.
------------------------------------------------------------X
```

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                      )   ss: Town of Southport
County of Fairfield   )

Kevin J. Lennon, being duly sworn, deposes and says:

1.   I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### DEFENDANTS ARE NOT PRESENT IN THE DISTRICT

2.   I have attempted to locate the Defendants, BELARUSSIAN SHIPPING CO. LTD., a/k/a BELARUSSIAN SHIPPING CO. a/k/a BELARUSIAN SHIPPING CO. a/k/a BELORUSIAN SHIPPING CO., TRASER ALLIANCE LTD. and DEKKER LIMITED within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory, as well as the white and yellow pages for New

York listed on the Internet or World Wide Web, and did not find any listing for these Defendants. Finally, I checked the New York State Department of Corporations' online database which showed no listings or registration for these Defendants.

3. I did locate a website hosted at www.belshipco.com that appears to be owned, operated and maintained by the Defendant Belarussian Shipping Co. Ltd. However, a review of that website does not appear to show any presence within this District. Attached hereto as Exhibit 1 are printouts from the aforementioned website which fail to show any presence within this District. I did not locate any similar websites for Defendants TRASER or DEKKER.

4. I submit based on the foregoing that the Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within this District and subject to the jurisdiction of this Court, held in the hands of in the hands of garnishees within this District, which are believed to be due and owing to the Defendants.

6. This is Plaintiff's first request for this relief made to any Court.

**PRAYER FOR RELIEF FOR ORDER ALLOWING SPECIAL PROCESS SERVER**

7. Plaintiff seeks an Order pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, for an Order appointing Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson (Siegel), Colleen McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, in addition to the United States Marshal, to serve the Ex Parte Order and Process of Maritime Attachment and Garnishment, together with any interrogatories, upon

the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, the Defendants.

8. Plaintiff seeks to serve the prayed for Process of Maritime Attachment and Garnishment with all deliberate speed so that it may be fully protected against the potential of being unable to satisfy a judgment/award ultimately obtained by Plaintiff and entered against the Defendants.

9. To the extent that this application for an Order appointing a special process server with respect to this attachment and garnishment does not involve a restraint of physical property, there is no need to require that the service be effected by the Marshal as it involves simple delivery of the Process of Maritime Attachment and Garnishment to the various garnishees to be identified in the writ.

## PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

10. Plaintiff also respectfully requests that the Court grant it leave to serve any additional garnishee(s) who may, upon information and belief obtained in the course of this litigation, to be holding, or believed to be holding, property of the Defendants, within this District. Obtaining leave of Court at this time to serve any later identified garnishees will allow for prompt service of the Process of Maritime Attachment and Garnishment without the need to present to the Court amended Process seeking simply to identify other garnishee(s).

## PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

11. Further, in order to avoid the need to repetitively serve the garnishees/banks, Plaintiff respectfully seeks further leave of the Court, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process

is served through the next day, provided that process is served the next day, and to authorize service of process via facsimile or e-mail following initial *in personam* service.

Dated:     May 20, 2008
             Southport, CT

                                              Kevin J. Lennon

Sworn and subscribed to before me
this 20th day of May 2008.

    Anne C. Lebanses
COMMISSIONER OF SUPERIOR COURT

3

# EXHIBIT 1

ENG    РУС

ABOUT US    SERVICES    CONTACTS    LEAVE A REQUEST

## About the Company

"Belarusian Shipping Company" Joint Stock Company is one of the leading forwarding companies on the transport market of the Republic of Belarus. The Company was established in 1994.

We render a vast range of transportation services by maritime, railway, air and automobile transport. We perform multi-modal transportation ("door-to-door"). The Company organizes delivery of any cargo type (including outsize, long length, heavy-weight, dangerous cargoes) to any point of the world.

We have been involved in delivering Belarusian export and import cargoes: tractors, trucks, tow-cars, muriate of potash, sugar and acrylic staple. The following companies should be named as our clients: Minsk Tractor Works, Belarusian Automobile Works, 'Belshina' Tyre Works, all Belarusian sugar refineries, Belarusian Potash Company and many others.

Belarusian Shipping Company is a full member of the Belarusian Association of International Forwarders (BAIF (www.baifby.com)) and an individual member of the International Federation of Freight Forwarders Association (FIATA (www.fiata.com)).

We are looking forward to your offers on mutually beneficial cooperation!

LEAVE A REQUEST

RAILWAY TRANSPORTATION

AIR TRANSPORTATION

AUTOMOBILE TRANSPORTATION

MULTIMODAL TRANSPORTATION

CONTAINER TRANSPORTATION

SHIPPING

Copyright © All rights reserved. Belarusian Shipping Company 2007.    Design by Friendly Soft

ENG   PYC

ABOUT US    SERVICES    CONTACTS    LEAVE A REQUEST

## Contacts

FAX +375 17 2101650

Тел +375 17 2844031 +375 17 2848214 +375 17 2848709

+ 375 17 2101652 +375 17 2843705

E-mail info@belshipco.com

**General director:**

Vladimir V. Maslennikov
e-mail: maslennikov@belshipco.com

**Shipping**

Victor A. Romanovskiy
e-mail: chartering@belshipco.com
ext. 216

Vladimir T. Malinov
e-mail: chartering@belshipco.com
ext. 228

Elena S. Volkova
e-mail: chartering@belshipco.com
ext. 215

**Railway**

Alexander V. Levkovich
e-mail: levkovich@belshipco.com
ext. 211

Nikolay V. Van-Ilya
e-mail: wanilya@belshipco.com
ext. 210

Lilia A. Novikova
e-mail: novikova@belshipco.com
ext. 220

**Container & Multimodal**

Alexey N. Shveyev
e-mail: shveyev@belshipco.com
ext. 221

**Automobile & Air**

Vyacheslav A. Savchenko
e-mail: savchenko@belshipco.com
ext. 219

RAILWAY TRANSPORTATION

AIR TRANSPORTATION

AUTOMOBILE TRANSPORTATION

MULTIMODAL TRANSPORTATION

CONTAINER TRANSPORTATION

SHIPPING

Copyright © All rights reserved Belarusian Shipping Company 2007

Design by Friendly Soft

08 CIV 4749

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLISH STEAMSHIP CO.,

                Plaintiff,

- against -

BELARUSSIAN SHIPPING CO. LTD., a/k/a
BELARUSSIAN SHIPPING CO., a/k/a
BELARUSIAN SHIPPING CO., a/k/a
BELORUSIAN SHIPPING CO.,
TRASER ALLIANCE LTD. and
DEKKER LIMITED,

                Defendants.
------------------------------------------------------------X

08 CV _____

ECF CASE

DISCLOSURE OF
INTERESTED PARTIES
PURSUANT TO
FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     None.

Dated: May 21, 2008
       New York, NY

                              The Plaintiff,
                              POLISH STEAMSHIP CO.

                              By: _____
                              Kevin J. Lennon
                              Anne C. LeVasseur

                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              kjl@lenmur.com
                              acl@lenmur.com